# Exhibit 2

| U.S. Patent No. 1,098,4320 B2 [Claim] | Assembly AI (Streaming Speech-to-Text) [Relevant Text / Images] |
|---|---|
| claim 1.1 A computer-based method of facilitating training in a computer-based neural network, the method comprising: | As highlighted below, AssemblyAI's product "Streaming Speech-to-Text" is a computer-implemented software platform or delivered via API that performs real-time speech-to-text processing. The blog documentation indicates that the backend utilizes the "Universal-Streaming" AI model, which incorporates deep learning neural network architectures to process incoming audio signals and generate corresponding textual outputs. Accordingly, the accused product constitutes a computer-based method implemented through a neural network system.<br><br>**Product Related Information Below:**<br><br><br><br>https://www.assemblyai.com/products/streaming-speech-to-text |

1

| U.S. Patent No. 1,098,4320 B2 [Claim] | Assembly AI (Streaming Speech-to-Text) [Relevant Text / Images] |
|---|---|
| | **Unified architecture built for multilingual performance** Universal-Streaming eliminates these barriers with a single, unified architecture trained on all languages simultaneously. Rather than routing requests through language detection gateways, the model processes audio directly with a shared architecture optimized for multilingual conversations. Universal-Streaming now supports six languages—English, Spanish, French, German, Italian, and Portuguese—in a single, unified model, while maintaining the superior accuracy that makes it the industry-leading streaming speech-to-text solution for voice agents. Real-time speech AI is transforming how businesses operate globally, from voice agents handling customer calls to AI assistants capturing meeting notes in multiple languages. But expanding beyond English presents technical and business challenges that force companies to choose between market reach and product quality. https://www.assemblyai.com/blog/introducing-multilingual-universal-streaming |

2

| U.S. Patent No. 1,098,4320 B2 [Claim] | Assembly AI (Streaming Speech-to-Text) [Relevant Text / Images] |
|---|---|
| | ## 2. Deep Learning speech recognition model<br><br>This process maps the audio signal to a sequence of words. Modern systems use end-to-end deep learning models, often based on architectures like the Transformer and Conformer. While these architectures are foundational, AssemblyAI's production models, like Universal, are highly optimized systems trained on massive datasets to deliver state-of-the-art accuracy.<br><br>The model is trained on large datasets of audio-text pairs to learn the mapping from audio signals to transcriptions. It implicitly acquires knowledge of how each word should sound and how different words connect to form sentences.<br><br>To be more precise, the model generates the likelihood of each word being spoken for each short time frame. A decoder then generates the most probable word sequence based on these likelihood values. |

3

| U.S. Patent No. 1,098,4320 B2 [Claim] | Assembly AI (Streaming Speech-to-Text) [Relevant Text / Images] |
|---|---|
| | **What is speech-to-text technology?**<br><br>Speech-to-text technology converts spoken words into written text using artificial intelligence. It enables machines to understand and transcribe human speech across various applications and industries.<br><br>This technology combines linguistics, computer science, and AI to function effectively. Here's how modern speech-to-text models work:<br><br>• **Audio Input:** The system receives an audio signal, typically from a microphone or an audio file.<br>• **Signal Processing:** The audio is preprocessed for transcoding and audio gain normalization.<br>• **Deep Learning Speech Recognition Model:** The audio signal is fed into a speech recognition deep learning model trained on a large corpus of audio-transcription pairs, which generates the transcription of the input audio.<br>• **Text formatting:** The raw transcription generated by the speech recognition model is formatted for better readability. This includes adding punctuation, converting phrases like "one hundred dollars" to "$100," capitalizing proper nouns, and other enhancements.<br><br>Modern speech-to-text systems often use machine learning algorithms (particularly deep learning neural networks) to improve their accuracy and adapt to different accents, languages, and speech patterns.<br>https://www.assemblyai.com/blog/speech-to-text |

4

| U.S. Patent No. 1,098,4320 B2 [Claim] | Assembly AI (Streaming Speech-to-Text) [Relevant Text / Images] |
|---|---|
| | In this Deep Learning tutorial, we learn about the Backpropagation algorithm for neural networks.<br><br>Backpropagation is probably the most important concept in Deep Learning and is essential for the training process of a neural network. Today, we have a look at what Backpropagation is and how it works. We then walk you through an example with concrete numbers to better understand the theory behind the algorithm.<br><br>https://www.assemblyai.com/blog/backpropagation-for-neural-networks-explained |
| claim 1.2 receiving an electrical input signal at a neuron in the computer-based neural network that comprises a plurality of neuron layers; | As highlighted below, the "Universal-Streaming" model is implemented using deep learning neural network architectures. During operation, the system receives streaming audio input, which is digitized and converted into structured representations (e.g., tokenized inputs) that are processed by the underlying multi-layer neural network. As describes in the video, these inputs are fed through multiple neuron layers of neural network within the model.<br><br>**Product Related Information Below:** |

5

| U.S. Patent No. 1,098,4320 B2 [Claim] | Assembly AI (Streaming Speech-to-Text) [Relevant Text / Images] |
|---|---|
| | **1. Audio preprocessing**<br><br>Before any analysis can begin, the audio input needs to be converted into a format usable by a speech recognition deep learning model. This involves:<br><br>• **Transcoding:** Change the audio format to a standard form (See best audio file formats for speech-to-text).<br>• **Normalization:** Adjusting the volume to a standard level.<br>• **Segmentation:** Breaking the audio into manageable chunks.<br><br>**2. Deep Learning speech recognition model**<br><br>This process maps the audio signal to a sequence of words. Modern systems use end-to-end deep learning models, often based on architectures like the Transformer and Conformer. While these architectures are foundational, AssemblyAI's production models, like Universal, are highly optimized systems trained on massive datasets to deliver state-of-the-art accuracy.<br><br>The model is trained on large datasets of audio-text pairs to learn the mapping from audio signals to transcriptions. It implicitly acquires knowledge of how each word should sound and how different words connect to form sentences.<br><br>https://www.assemblyai.com/blog/speech-to-text |

6

| U.S. Patent No. 1,098,4320 B2 [Claim] | Assembly AI (Streaming Speech-to-Text) [Relevant Text / Images] |
|---|---|
| | In this Deep Learning tutorial, we learn about the Backpropagation algorithm for neural networks. <br><br> Backpropagation is probably the most important concept in Deep Learning and is essential for the training process of a neural network. Today, we have a look at what Backpropagation is and how it works. We then walk you through an example with concrete numbers to better understand the theory behind the algorithm. <br><br> Watch here: <br><br> |

| U.S. Patent No. 1,098,4320 B2 [Claim] | Assembly AI (Streaming Speech-to-Text) [Relevant Text / Images] |
|---|---|
| |  |

| U.S. Patent No. 1,098,4320 B2 [Claim] | Assembly AI (Streaming Speech-to-Text) [Relevant Text / Images] |
|---|---|
| | <br><br>**Backpropagation For Neural Networks Explained \| Deep Learning Tutorial**<br><br>https://www.youtube.com/watch?v=LHLrXavT1gQ |
| claim 1.3 applying a first non-linear transform to the input signal at the neuron to produce a plain signal; | As mentioned below in the referenced video, the deep learning neural network underlying the "Universal-Streaming" model employs activation functions that introduce non-linear transformation functions to the input signals at the neuron level. These non-linear activation operations are applied during model training and inference to enable the network to learn complex representations from the input audio data. Based on this technical disclosure, it is reasonable to conclude that the platform utilizes such non-linear transform functions to generate the corresponding transformed plain signal at the neuron level, which aligns with the claimed "plain signal."<br><br>**Product Related Information Below:** |

9

| U.S. Patent No. 1,098,4320 B2 [Claim] | Assembly AI (Streaming Speech-to-Text) [Relevant Text / Images] |
|---|---|
| |  https://www.assemblyai.com/blog/activation-functions-in-neural-networks-explained |

10

| U.S. Patent No. 1,098,4320 B2 [Claim] | Assembly AI (Streaming Speech-to-Text) [Relevant Text / Images] |
|---|---|
|  |  |

11

| U.S. Patent No. 1,098,4320 B2 [Claim] | Assembly AI (Streaming Speech-to-Text) [Relevant Text / Images] |
|---|---|
| |  Activation Functions In Neural Networks Explained \| Deep Learning Tutorial https://www.youtube.com/watch?v=Fu273ovPBmQ&t=43s |
| claim 1.4 applying a second non-linear transform to the input signal at a first gate in the neuron to produce a transform signal; | As mentioned below in the referenced video, the deep learning neural network underlying the "Universal-Streaming" model employs activation functions that introduce non-linear transformation functions to the input signals at the neuron level. These non-linear activation operations are applied during model training and inference to enable the network to learn complex representations from the input audio data.<br><br> Based on this technical disclosure, it is reasonable to conclude that the platform utilizes such non-linear transform functions to generate the corresponding transformed signal at the neuron level.<br><br>**Product Related Information Below:** |

12

| U.S. Patent No. 1,098,4320 B2 [Claim] | Assembly AI (Streaming Speech-to-Text) [Relevant Text / Images] |
|---|---|
| |   https://www.assemblyai.com/blog/activation-functions-in-neural-networks-explained |

13

| U.S. Patent No. 1,098,4320 B2 [Claim] | Assembly AI (Streaming Speech-to-Text) [Relevant Text / Images] |
|---|---|
|  |  |

14

| U.S. Patent No. 1,098,4320 B2 [Claim] | Assembly AI (Streaming Speech-to-Text) [Relevant Text / Images] |
|---|---|
| |  https://www.youtube.com/watch?v=Fu273ovPBmQ&t=43s |

15

| U.S. Patent No. 1,098,4320 B2 [Claim] | Assembly AI (Streaming Speech-to-Text) [Relevant Text / Images] |
|---|---|
| |  |

https://www.assemblyai.com/blog/what-is-residual-vector-quantization

16

| U.S. Patent No. 1,098,4320 B2 [Claim] | Assembly AI (Streaming Speech-to-Text) [Relevant Text / Images] |
|---|---|
| |  https://www.assemblyai.com/blog/end-to-end-speech-recognition-pytorch <br><br> https://www.youtube.com/watch?v=TLLqsEyt8NI&list=PLcWfeUsAys2nPgh-gYRlexc6xvscdvHqX&index=9 |
| claim 1.5 applying a | As highlighted below, AssemblyAI explicitly discloses that Universal-1's decoder uses an LSTM |

17

| U.S. Patent No. 1,098,4320 B2 [Claim] | Assembly AI (Streaming Speech-to-Text) [Relevant Text / Images] |
|---|---|
| third non-linear transform to the input signal at a second gate in the neuron to produce a carry signal; and | predictor, which is a gated neural architecture. The forget gate output $f_t$ is produced by a non-linear transform (sigmoid) at a gate and is then used to carry prior state forward via multiplication $f_t \odot c_{t-1}$. This is a strong technical analogue for the claimed "carry signal" produced at a second gate.<br><br>**Product Related Information Below:**<br><br><br>https://www.youtube.com/watch?v=TLLqsEyt8NI&list=PLcWfeUsAys2nPgh-gYRlexc6xvscdvHqX&index=9 |

18

| U.S. Patent No. 1,098,4320 B2 [Claim] | Assembly AI (Streaming Speech-to-Text) [Relevant Text / Images] |
|---|---|
| | ## LSTM<br><br>`class torch.nn.LSTM(input_size, hidden_size, num_layers=1, bias=True, batch_first=False,`<br>`dropout=0.0, bidirectional=False, proj_size=0, device=None, dtype=None)`  [source]<br><br>Apply a multi-layer long short-term memory (LSTM) RNN to an input sequence. For each element in the input sequence, each layer computes the following function:<br><br>$$i_t = \sigma(W_{ii}x_t + b_{ii} + W_{hi}h_{t-1} + b_{hi})$$ $$f_t = \sigma(W_{if}x_t + b_{if} + W_{hf}h_{t-1} + b_{hf})$$ $$g_t = \tanh(W_{ig}x_t + b_{ig} + W_{hg}h_{t-1} + b_{hg})$$ $$o_t = \sigma(W_{io}x_t + b_{io} + W_{ho}h_{t-1} + b_{ho})$$ $$c_t = f_t \odot c_{t-1} + i_t \odot g_t$$ $$h_t = o_t \odot \tanh(c_t)$$<br><br>where $h_t$ is the hidden state at time $t$, $c_t$ is the cell state at time $t$, $x_t$ is the input at time $t$, $h_{t-1}$ is the hidden state of the layer at time $t-1$ or the initial hidden state at time $0$, and $i_t$, $f_t$, $g_t$, $o_t$ are the input, forget, cell, and output gates, respectively. $\sigma$ is the sigmoid function, and $\odot$ is the Hadamard product.<br><br>https://docs.pytorch.org/docs/stable/generated/torch.nn.LSTM.html |

19

| U.S. Patent No. 1,098,4320 B2 [Claim] | Assembly AI (Streaming Speech-to-Text) [Relevant Text / Images] |
|---|---|
| | Deep Learning has changed the game in **Automatic Speech Recognition** with the introduction of end-to-end models. These models take in audio, and directly output transcriptions. Two of the most popular end-to-end models today are Deep Speech by Baidu, and Listen Attend Spell (LAS) by Google. Both Deep Speech and LAS, are recurrent neural network (RNN) based architectures with different approaches to modeling speech recognition. Deep Speech uses the Connectionist Temporal Classification (CTC) loss function to predict the speech transcript. LAS uses a sequence to sequence network architecture for its predictions.<br><br>These models simplified speech recognition pipelines by taking advantage of the capacity of deep learning system to learn from large datasets. With enough data, you should, in theory, be able to build a super robust speech recognition model that can account for all the nuance in speech without having to spend a ton of time and effort hand engineering acoustic features or dealing with complex pipelines in more old-school GMM-HMM model architectures, for example.<br><br>https://www.assemblyai.com/blog/end-to-end-speech-recognition-pytorch |

20

| U.S. Patent No. 1,098,4320 B2 [Claim] | Assembly AI (Streaming Speech-to-Text) [Relevant Text / Images] |
|---|---|
|  |  https://www.youtube.com/watch?v=EehRcPo1M-Q&list=PLcWfeUsAys2nPgh-gYRlexc6xvscdvHqX&index=3 |

| U.S. Patent No. 1,098,4320 B2 [Claim] | Assembly AI (Streaming Speech-to-Text) [Relevant Text / Images] |
|---|---|
| |  https://www.youtube.com/watch?v=TLLqsEyt8NI&list=PLcWfeUsAys2nPgh-gYRlexc6xvscdvHqX&index=9 |
| claim 1.6 calculating a weighted sum of a non-transformed first component of the input signal and the plain signal at the neuron, wherein calculating the weighted sum of the non-transformed first component of the input signal and the plain signal comprises: | As highlighted below in the public documentation by Assembly AI to train the deep learning neural network (used in Universal models) using weighted sum of all the non-transformed inputs and the plain signals to regularization in Neural networks. <br><br>**Product Related Information Below:** |

| U.S. Patent No. 1,098,4320 B2 [Claim] | Assembly AI (Streaming Speech-to-Text) [Relevant Text / Images] |
|---|---|
|  |  |

| U.S. Patent No. 1,098,4320 B2 [Claim] | Assembly AI (Streaming Speech-to-Text) [Relevant Text / Images] |
|---|---|
| |  Regularization in a Neural Network \| Dealing with overfitting<br><br>https://www.youtube.com/watch?v=EehRcPo1M-Q&list=PLcWfeUsAys2nPgh-gYRlexc6xvscdvHqX&index=3 |
| claim 1.7 calculating, with at least one computer-based multiplier, a product of the plain signal and the transform signal to produce a weighted plain signal; | As described in the referenced video, the deep learning neural network architecture underlying the "Universal-Streaming" model includes operations that multiply signals to produce weighted outputs. Neural network layers inherently perform element-wise or matrix-based multiplications to combine transformed representations with learned scaling factors. Based on this disclosure, it is reasonable to infer that the platform employs multiplier operations to compute the multiplier function which is used to generate the product of the signal (plain signal) and transform signal to produce a weighted plain signal. |

24

| U.S. Patent No. 1,098,4320 B2 [Claim] | Assembly AI (Streaming Speech-to-Text) [Relevant Text / Images] |
|---|---|
| | **Product Related Information Below:**<br><br><br><br>https://www.youtube.com/watch?v=LHLrXavT1gQ |

| U.S. Patent No. 1,098,4320 B2 [Claim] | Assembly AI (Streaming Speech-to-Text) [Relevant Text / Images] |
|---|---|
|  |  https://www.youtube.com/watch?v=EehRcPo1M-Q |

| U.S. Patent No. 1,098,4320 B2 [Claim] | Assembly AI (Streaming Speech-to-Text) [Relevant Text / Images] |
|---|---|
| | The different activation functions we go over are Step Functions Sigmoid, TanH, ReLU, Leaky ReLU, and Softmax. <br><br> Watch here: <br><br> **Activation Functions** <br> Step Function <br> Sigmoid <br> TanH <br> ReLU <br> Leaky ReLU    Full screen (f) <br> So⁻ <br><br> https://www.assemblyai.com/blog/activation-functions-in-neural-networks-explained |
| claim 1.8 calculating, with the at least one computer-based multiplier, a product of the non-transformed first component of the input signal and the carry signal to produce a weighted input signal component; and | As described in the referenced video, the deep learning neural network architecture underlying the "Universal-Streaming" model includes operations that multiply signals to produce weighted outputs. Neural network layers inherently perform element-wise or matrix-based multiplications to combine transformed representations with learned scaling factors. Based on this disclosure, it is reasonable to infer that the platform employs multiplier operations to compute the product of a transformed signal (i.e., the plain signal) and a gating or scaling signal (i.e., the transform signal), thereby producing a weighted plain signal consistent with the claimed limitation. <br><br> **Product Related Information Below:** |

27

| U.S. Patent No. 1,098,4320 B2 [Claim] | Assembly AI (Streaming Speech-to-Text) [Relevant Text / Images] |
|---|---|
| |  **Backpropagation For Neural Networks Explained \| Deep Learning Tutorial** <br><br> AssemblyAI · 179K subscribers · Subscribe · 603 · Share · Ask · Save · Download <br><br> https://www.youtube.com/watch?v=LHLrXavT1gQ |

28

| U.S. Patent No. 1,098,4320 B2 [Claim] | Assembly AI (Streaming Speech-to-Text) [Relevant Text / Images] |
|---|---|
|  |  https://www.youtube.com/watch?v=EehRcPo1M-Q |

29

| U.S. Patent No. 1,098,4320 B2 [Claim] | Assembly AI (Streaming Speech-to-Text) [Relevant Text / Images] |
|---|---|
| | The different activation functions we go over are Step Functions Sigmoid, TanH, ReLU, Leaky ReLU, and Softmax.<br><br>Watch here:<br><br>**Activation Functions**<br>Step Function<br>Sigmoid<br>TanH<br>ReLU<br>Leaky ReLU<br>Full screen (f)<br>So<br><br>https://www.assemblyai.com/blog/activation-functions-in-neural-networks-explained |
| claim 1.9 adding the weighted plain signal to the weighted input signal component to produce the weighted sum. | As mentioned below in the referenced video, the deep learning neural network underlying the "Universal-Streaming" model discloses adding functions of the weighted plain signal to the weighted input signal component to produce the weighted sum in the final output.<br><br>**Product Related Information Below:** |

30

| U.S. Patent No. 1,098,4320 B2 [Claim] | Assembly AI (Streaming Speech-to-Text) [Relevant Text / Images] |
|---|---|
| |  Regularization in a Neural Network \| Dealing with overfitting |

31

| U.S. Patent No. 1,098,4320 B2 [Claim] | Assembly AI (Streaming Speech-to-Text) [Relevant Text / Images] |
|---|---|
| |  https://www.youtube.com/watch?v=EehRcPo1M-Q&list=PLcWfeUsAys2nPgh-gYRlexc6xvscdvHqX&index=3 |

32