## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

**Tesseract Systems LLC,**

Plaintiff,

*v.*

**AssemblyAI Inc.,**

Defendant.

**CASE No. 1:26-CV-00605-JLH**

**PATENT CASE**

**JURY TRIAL DEMANDED**

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff

Tesseract Systems LLC hereby dismisses this action without prejudice. Defendant

AssemblyAI Inc. has not yet answered the Complaint or moved for summary

judgment.

Date: July 23, 2026

Respectfully submitted,

*/s/ Brian E. Lutness*
Brian E. Lutness, Esq.
DE Bar ID No.: 3572
Silverman, McDonald & Friedman
1523 Concord Pike, Suite 400
Wilmington, DE 19803
302-888-2900
brian@silverman-mcdonald.com

Isaac Rabicoff
Rabicoff Law LLC

(admitted *pro hac vice*)
4311 N Ravenswood Ave Suite 315
Chicago, IL 60613
Tel. (773) 669-4590
issac@rabilaw.com

***Attorneys for Plaintiff***
***Tesseract Systems LLC***

**SO ORDERED**, this ___23rd___ day of ___July___, 2026.

_____
Honorable Jennifer L. Hall
United States District Judge

2